IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GERONTA FUNDING, a Delaware Statutory Trust, | § § § | No. 374, 2023 |
| Appellant/Cross-Appellee, | § § | Court Below:  Superior Court of the State of Delaware |
| v. | § § | C.A. No.  N18C-04-028 |
| BRIGHTHOUSE LIFE INSURANCE COMPANY, | § § § | |
| Appellee/Cross-Appellant. | § § | |

Submitted:  May 8, 2024
Decided:  May 29, 2024

Before **VALIHURA**, **TRAYNOR** and **GRIFFITHS**, Justices.

## **O R D E R**

Now this 29th day of May 2024, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion dated August 3, 2023 and its Final Judgment dated September 6, 2023;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Superior Court be and the same hereby are AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice